JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel.: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiff
THOMAS STEVENS DUMAS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEVENS DUMAS, <br><br>  Plaintiffs, <br><br> vs. <br><br> FIRST NORTHERN BANK, dba FIRST NORTHERN; J & J LENDING, a Texas Corporation; PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC, a California Corporation; JP MORGAN CHASE BANK, a New York Corporation, dba CHASE HOME FINANCE LLC; MARKO ACUNA, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 10-CV-01523-LKK-KJM <br><br> **ORDER RE DISMISSAL OF DEFENDANT FIRST NORTHERN BANK DBA FIRST NORTHERN** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**IT IS HEREBY ORDERED** that Defendant FIRST NORTHERN BANK dba FIRST NORTHERN be dismissed without prejudice from the above-entitled action.

Dated:  July 13, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

{PROPOSED} ORDER RE DISMISSAL OF DEFENDANT FIRST NORTHERN BANK DBA FIRST NORTHERN
-1-