UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVENS DUMAS,

                              NO. CIV. S-10-1523 LKK/KJM

    Plaintiff,

  v.

                              O R D E R

FIRST NORTHERN BANK, dba
FIRST NORTHERN, et al.,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to dismiss (Dkt. No. 7). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for August 9, 2010 is VACATED. The deadline for submission of defendants' reply memorandum, if any, remains unchanged.

    IT IS SO ORDERED.

    DATED: July 28, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT