UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVENS DUMAS,

          Plaintiff,

    v.

FIRST NORTHERN BANK, dba
FIRST NORTHERN, et al.,

          Defendants.

_____/

NO. CIV. S-10-1523 LKK/KJM

O R D E R

    Plaintiff in this case brings claims arising out of his mortgage. Defendant Paramount Residential Mortgage Group, Inc. has filed a motion to dismiss noticed for hearing on October 12, 2010. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on September 28, 2010. Plaintiff has not filed an opposition or statement of non-opposition.

    Based on the above, the court ORDERS as follows:

    1.    Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or

1 dismissal of this case. See also Fed. R. Civ. P. 41(b),
2 Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel
3 shall file a response to this order to show cause no
4 later than October 8, 2010.
5 2. Hearing on defendant's motion to dismiss (Dkt. No. 15)
6 is CONTINUED to October 25, 2010 at 10:00 a.m.
7 3. Plaintiff shall file and serve his opposition or
8 statement of non-opposition on or before October 11,
9 2010. Defendant may file and serve a reply no later
10 than October 18, 2010.
11 IT IS SO ORDERED.
12 DATED: October 4, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2