UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVENS DUMAS,

          Plaintiff,

    v.

FIRST NORTHERN BANK, dba
FIRST NORTHERN, et al.,

          Defendants.

NO. CIV. S-10-1523 LKK/KJM

O R D E R

Pending before the court in the above-captioned case are two motions to dismiss, ECF No. 32 and ECF No. 34. The court does not find oral argument necessary in these matters. Accordingly, the hearings currently set for December 20, 2010 are VACATED.

IT IS SO ORDERED.

DATED: December 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1