UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVENS DUMAS,

        Plaintiff,

    v.

FIRST NORTHERN BANK, dba
FIRST NORTHERN, et al.,

        Defendants.
_____/

NO. CIV. S-10-1523 LKK/DAD

O R D E R

Plaintiff in this case has filed a request for leave to file a late opposition to Defendant JP Morgan's motion to dismiss. In his request, plaintiff explained that he intended to file an opposition to JP Morgan's motion to dismiss concurrently with his opposition to Paramount Residential Mortgage's motion to dismiss. That opposition was timely filed on December 6, 2010. Subsequently, this court vacated the hearing on the motions to dismiss, after finding that oral argument is not necessary. Accordingly, the court GRANTS plaintiff's request to file a late opposition, ECF No. 40. Plaintiff's opposition shall be deemed timely filed by the court.

1

1  Defendant JP Morgan shall file a reply, if any, to plaintiff's
2  opposition to the motion to dismiss within seven (7) days of the
3  issuance of this order.
4       IT IS SO ORDERED.
5       DATED: February 15, 2011.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2