1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

THOMAS STEVENS DUMAS,

10                                        NO. CIV. S-10-1523 LKK/KJM

11          Plaintiff,

12      v.
                                          O R D E R
13  FIRST NORTHERN BANK, dba
    FIRST NORTHERN, et al.,

14

15          Defendants.

16  _____/

17      Pending before the court in the above captioned case are

18  motions to dismiss by defendants Chase, MERS, and Paramount

19  Residential Mortgage Group, Inc. The court has set discovery and

20  motion cut-off, pretrial conference, and trial dates, which are no

21  longer practicable given the court's delay in ruling on the pending

22  motions to dismiss. Accordingly, the court ORDERS as follows:

23          [1] The dates currently set for discovery and motion

24          cut-offs, the pretrial conference, and trial are

25          vacated.

26  ////

                                      1

1        [2] A new scheduling conference will be held within 30

2        days of the court's ruling on the pending motions to

3        dismiss.

4    IT IS SO ORDERED.

5    DATED:  May 19, 2011.

 

 

 

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT

2