UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVENS DUMAS,

        NO. CIV. S-10-1523 LKK/DAD

    Plaintiff,

  v.

        O R D E R

FIRST NORTHERN BANK, dba
FIRST NORTHERN, et al.,

    Defendants.

    Pending before the court in the above-captioned case are a motion to dismiss by Paramount Residential Mortgage Group, ECF No. 61, and a motion to dismiss by JP Mortgage Chase, ECF No. 63. The court does not find oral argument necessary in this matter. Accordingly, the hearing currently set for February 13, 2012 is VACATED.

    IT IS SO ORDERED.

    DATED: February 9, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT