UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVENS DUMAS,

         Plaintiff,

    v.

FIRST NORTHERN BANK, dba
FIRST NORTHERN, et al.,

         Defendants.

NO. CIV. S-10-1523 LKK/DAD

O R D E R

_____/

    This case was originally filed by plaintiff in Placer County Superior Court. The original complaint alleged both state and federal claims arising from a loan transaction and subsequent initiation of foreclosure proceedings on plaintiff's property.

    Defendants removed the case to this court on the basis of federal question jurisdiction only.

    Plaintiff filed an amended complaint on October 20, 2010, alleging both state and federal claims. ECF No. 23. Defendants Paramount, Chase, and MERS filed motions to dismiss the amended complaint, which this court granted in part and denied in part. The

1  court granted plaintiff leave to amend the complaint, and plaintiff
2  filed a Second Amended Complaint.
3      The Second Amended Complaint does not allege any violations
4  of federal law. No party has asserted any other basis for federal
5  court jurisdiction over this case. Under 28 U.S.C. § 1447(c),
6  district courts shall remand a removed case "[i]f at any time
7  before final judgment it appears that the district court lacks
8  subject matter jurisdiction."
9      Accordingly, the parties are ORDERED to show cause in writing
10 within seven (7) days of the issuance of this order why this case
11 should not be remanded to state court.
12     IT IS SO ORDERED.
13     DATED:  February 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT