UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEVENS DUMAS,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NORTHERN BANK, dba FIRST NORTHERN, et al.,<br><br>Defendants. | No. 2:10-cv-01523-KJM-CKD<br><br><br><br>ORDER |

In February 2011, the court ordered plaintiff Thomas Dumas to post a $300.00 bond in connection with his motion for a preliminary injunction. ECF No. 52. Plaintiff complied. *See* ECF No. 78 (receipt attached). In April 2012, the case was remanded to state court. ECF No. 77. Now, almost six years later, plaintiff represents that the case has settled, and he therefore moves for an order returning his $300.00 bond payment. Mot., ECF No. 78 (filed Mar. 7, 2018). Accordingly, the court ORDERS the Clerk's Office Financial Department to DISBURSE to plaintiff his $300.00 bond payment plus any accrued interest.

IT IS SO ORDERED.

This resolves ECF No. 78.

DATED: March 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

1